Ismail v Dowling (2025 NY Slip Op 04163)

Ismail v Dowling

2025 NY Slip Op 04163

Decided on July 16, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 16, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ROBERT J. MILLER, J.P.
DEBORAH A. DOWLING
LOURDES M. VENTURA
DONNA-MARIE E. GOLIA, JJ.

2023-08819
 (Index No. 464/22)

[*1]Munsuru Ismail, etc., appellant, et al., plaintiffs,
v
Michael J. Dowling, etc., et al., respondents.

Munsuru Ismail, Corona, NY, appellant pro se.
Shaub, Ahumuty, Citrin & Spratt, LLP, Lake Success, NY (Christopher Simone and Timothy M. Gallagher of counsel), for respondents.

DECISION & ORDER
In an action to recover damages for medical malpractice and wrongful death, the plaintiff Munsuru Ismail appeals from an order of the Supreme Court, Nassau County (Francis Ricigliano, J.), entered July 10, 2023. The order granted the defendants' motion pursuant to CPLR 3211(a) to dismiss the complaint.
ORDERED that the appeal is dismissed, without costs or disbursements.
It is the obligation of the appellant to assemble a proper record on appeal (see Trovato v Galaxy Sanitation Servs. of N.Y., Inc., 216 AD3d 700, 700; Bruzzese v Bruzzese, 203 AD3d 1007, 1010). An appellant's record must contain all of the relevant papers that were before the Supreme Court (see CPLR 5526; Trovato v Galaxy Sanitation Servs. of N.Y., Inc., 216 AD3d at 700; Aurora Indus., Inc. v Halwani, 102 AD3d 900, 901).
Here, the record on appeal is inadequate. The appellant failed to include, inter alia, exhibits that the defendants submitted in support of their motion that the Supreme Court relied upon in rendering its determination. Accordingly, the appeal must be dismissed (see Trovato v Galaxy Sanitation Servs. of N.Y., Inc., 216 AD3d at 700; Aurora Indus., Inc. v Halwani, 102 AD3d at 901; Cope v Barakaat, 89 AD3d 670, 671).
MILLER, J.P., DOWLING, VENTURA and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court